COURT OF APPEALS
U.S. RECEIVED
JUN 27 2024
FIFTH CIRCUIT

1 ABE PINZON
2 32950 BDICE LN.
3 FT. BRAGG, CA., 95437
4 510-363-0522

5

6 UNITED STATES DISTRICT COURT
7 FOR THE WESTERN DISTRICT OF TEXAS
8 AUSTIN DIVISION

9

10 ABRAHAM PINZON,      CASE NO: 1:24-CV-320-DII
11 SOUAI SECURITY AD.,
12    PLAINTIFFS,       NOTICE OF APPEAL
13    V.
14 U.S. D.H.H.S,
15 CA. DEPT. HEALTH
16 CARE SVES., MENDOCINO
17 COUNTY-H.M.S.A.,
18    DEFENDANTS.

19

20    NOTICE IS HEREBY GIVEN THAT ABE PINZON-
21 PLAINTIFF HEREBY APPEAL TO THE U.S.
22 COURT OF APPEALS FOR THE 5th CIRCUIT FROM
23 "FINAL JUDGEMENT" ENTERED IN THIS ACTION ON THE
24 21ST & MAILED ON THE 23RD DAY OF MAY 2024.

25

26

27

28 DATE: JUNE 24, 2024 - ABRAHAM PINZON

PAGE 1 OF 1 [JDC TEMPLATE – 05/17]



ABETINZON
32 950 BOLWEIN
FT. BRAGG, CA
95431

UNITED STATES 5TH CIRCUIT COURT
OF APPEALS
600 S. MAESTRI PL.
NEW ORLEANS, LOUISIANA
70130

Retail

RDC 99

70130

U.S. POSTAGE PAID
FORT LG ENV
FORT BRAGG, CA 95437
JUN 24, 2024
$1.39
R2303S102821-11