Abe Pinzon
32950 Boice Ln.
Fort Bragg, CA. 95437
510-363-0522

Pge 1. of 16

United States Court of Appeals
Fifth Circuit
Office of the Clerk

October 03, 2024

No. 24- 50537    Pinxom v. HHS
USDC No. 1:24-CV-320

Appellants Brief under Federal Rules of Appellate Procedure Rule 28 (a)

(1) corporate disclosire - not applicable

(2) table of contents
excerpts relating to relevant statutes of juridiction & claims, subject matter authorities

Pages 5 - 16



(3) table of authorities
reelated cases: Maryland U.S. District Court #8cv 24- 01246 LKG
Calif. usdc Sacramento 2:23 cv 00008 DJC Eastern District
Maryland USDC #1:23-cv-02714- JRR
Calif. USDC Northern Div. # 3:22-cv-07277- LB
related statutes: USC 18 section 1345; USC 18 sec. 1518;
USC 18 sec. 242; USC 18 sec. 245; USC 18 sec.1505;USC 42 sec 1985
USC 42 sec 1986; USC 42 sec 1988; FRCP Rule 42(a)(1),(2)
FRCP Rule 17; USC 42 sec 1320- 7

(4) jurisdictional statement

(A) Basis on extra territorial jurisdiction to U.S. district courts is authorized by statute @ 42 U.S.C. Health care fraud is an offense against the United States. Civil rights actions involving conspiracies -USC 28 sec. 1343,& retaliating against witness, victim-18 USC sec.1513; provides basis. State & county administrators of Federal Health & Welfare programs answer to the Federal government. When a state appears to contain more power than the federal gov't, & display from Federal officials mimics allegiance & dominance to authority, a victim is forced to seek less hostile accommodations to the courts business of justice seeking. Any U.S. district court is available to this petitioner in this matter.

(B) The fake proceeding from Texas; a district court that blindly & automatically rubber stamps what comes to them. The magistrate Hightower presenting her agendad excuse for a legal proceeding: showing numerous indications of misconduct & criminality; exampled by skewed decorum, tampering the submission obstructing with giant omissions & demonizing & all the one-sided application, trying to prevent another official from considering the matter, speaking to the matter while claiming no jurisdiction-are all known elements of criminality associated with conduct of judges. The Hightower court joined her comrades in Calif. to conspire in defrauding the U.S. in favor of their political deity, the defendant Calif. Recourse is a right: which clearly has been interfered with thru denial of district court proceedings in this and previous fake proceedings, that are being answered to in Maryland court- related case @ 8:24-cv-01246 LKG Pinzon v Social Security Admin., et,al.

(C) Filing date of final ORDER is May 21, 2024. Pinzon's NOTICE of APPEAL, mailed on June 24th of June & recieved by this Court, which mailed me Notice of docketed appeal on July 10, 2024.

(D) Petitioner asserts this Court's jurisdiction; not based on any disposition or adjudication of any issues or claims made to the Texas court. That transfer to Maryland for consolidation

(D) is prudent, legally efficient and rightful answer to misconduct & interference with the judicial process that has systematically brought fraud on the court with political favor:defrauding the U.S. In the interest of justice.

(5) I would not accept the Texas court as competent to have my issues heard in their forum. Simple answer to resolution has been known to defendants for two & a half years: present justification/ evidence that process to SSA deductions were valid. Validity comes with paper evidence that shows: notices, hearings, court decision without any of that which is the reality:it is a scheme it's wire fraud. The six democrat white women judges have protected their monarchy/deity from scrutiny with criminal civil rights violation & demonizing the black man for having conclusive case against their subversive allegiance.
Texas court omitted 40plus pages of supporting exhibits & evidence; to the record. Intentional, gross disregard for duty to the courts business. Didn't mention proposed plaintiff; it is another recommendations without the findings- real hate filled acts meant to injure further.

(6) This is Qui tam claims. Using fake statements to have Social Security deduct money from Pinzon's SSA account. Disregarding all process's that U.S. HHS has for compliance. Helping themselves to my existential income is extremely dangerous. Three times in 10 years they brought this scheme; money was deducted & & I had to fight, not thru methods that w'd be considered conventional, because the fraud has no support when scrutiny is applied. A state off justified to act on embezzlement no. 4 is imminent.
Exhibits with statutes indicating the nature of this case are attached exhibits.

(7) Hightower court is a malicious fraud. Should this court care to apply de novo review otherwise attached text of relevant statutes to this matter shows that these defendants belong to the same adjudication efforts that the Maryland case is adjudicating.
The Medi-cal program embezzles the Nations social security as they're immunity drains millions;from their felony fraud. The cover-up is immense.

(7) A series of cited judicial pretend proceedings, does not add up to a bite of the apple; when the intent to not accommodate is obvious & repeated with jibberish skewed process & criminal maintnance to defendants.

(8) Magistrate tampers on page 3 stating defendants motivation for embezzleing Pinzon is politically motivated; doesn't want to mention the real content of the submission. The cover-up is political. She spends one sentence on on the 52 page submission. Hides her deity from mention. Wants to white wash the Nation state from accountability( I will need to be killed before that happens). My days of being prey are over. I can be turned into a predator though. Political hacks in the justice system clearly evident in the 52 page submission. Texas submission mimics the conspirators tactics. Minify, obstruct, omit

(9) (A) Appellant contends this pretend proceeding that admittedly the court claims no jurisdiction, yet wants to have a final effect to provide for her political party- favor, from scrutiny that they obviously cannot provide exculpatory response. Hightowers legal standard is calling a criminal blockade of litigation intent as "unsuccessfully litigated" by the plaintiff".
(B) Work product is void of integrity, not normal, tainted by preference(bias), is criminal maintnance as statutes show.

(10) Set aside, vacate as tainted, reassign to related matter at District court Maryland-Lydia Kay Grigsby 8:24-cv-01246; Pinzon v. Social Security Administration.

DATE: October 03, 2024

APPELLANT
Abraham G. Pinzon

*(signature)*

## JURISDICTION & VENUE

This PLEA is supported by Statutes, & Exhibits In Support of Previous TAINTED Proceedings. And current ruling.

Authorization for this Court to commence this civil action is available to the plaintiff(s) by U.S.C. 28, sec. 1343 (a)(1)(2)(3) as conjunction with cause of action U.S.C. 2009 - Title 42, Chapter 21; subchapter 1, secs 1983 & 1986. Deprivation of Rights - process & Neglect to prevent; Principle defendants presented fake statements on a S.S.A. form (pages 8 & 9 to embezzle funds from petitioners with no cause or process.

U.S.C. 28 sec. 1357 - This civil action is brought caused by injury because I intend to collect & protect revenue created by Act of Congress; district courts have original jurisdiction.

U.S.C. 28 sec. 1406 In an Interest of Justice & the cure of defects: that political bias (nationstate over the U.S.); that petitioners have provided sufficient objections to venue propriety (in) Attached are evidence in support that the previous court maladministration of obstruction, tampering & pretending to provide services of the Court: can be remedied from a Court where the Deity is the Rules Of Law; not the nationstate gov't defendant.

Attached Jurisdiction Exhibit pages 15-17 provides that Pinzon has right to file Complaint. See 4th Circuit Court of Appeals JUDGEMENT

Prior jurisdictions have ignored the RECUSAL clause; political deprogramming training is needed.

The Calif., U.S. courts have not the capacity to provide fair & equal due process against the gov't of Calif.

## III  SUBJECT MATTER JURISDICTION

Complaining to Judges about what is repeated violations to U.S.C. 18 section 669 - embezzlement to health care programs. Defendants refusal to prosecute is a failure against the U.S. & Pinzon. Health care fraud is investigated by the F.B.I. who then turns to federal district courts for prosecution. Those failures support & procure Title 42 statutes sections 1983, 1985 & 1986. Right to civil action for deprivation of rights,; conspiracy interference with civil rights, obstruction & intimidation.; & neglect to prevent; respectively. Plenty of on record evidence this this petitioner can itterate to satisfy statute specs; on every word that I write down to the court unlike adversaries who feel free to plead to the Court; fantasy.

Creating more damage to victim is created damage it's not vexacious. In almost three years Judges to the record show no inkling of the matter as submitted or otherwise. That's from tamper & obstruction these Judges have a conflict of authority. Their allegiance is not to the U.S. it's clearly dedicicated to the nation state defendants. They love the corrupt gov't of CA.

USC 18 section 1349 Attempt & conspiracy

Any person who attempts or conspires to commit any offense under this chapter(chapter 63 w/ USC 18 sec. 1347) shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the conspiracy. USC 18 section 1347 - Health care fraud - (a) Whoever knowingly & willfully executes a scheme- (1) to defraud any health care benefit program;or (2) to obtain, by means of false or fraudulent pretenses, rep-

1 resentations...any of the money..." I don't accuse or suspect de-
2 fendants recieved any thing other than personal satisfaction. But
3 the tactics & the willing omissions to act to DIS-effect the laws &
4 adjudicate the matter instead of whitewashing it. 18 USC sec. 1345
5 Injunctions against fraud (a) (1) if a person is - (A) violating
6 this chapter or section 287 or 371 (cospiracy to defraud the U.S.)
7 (C) committing or about to commit a Federal health care offense
8 (b) The court shall proceed as soon as practicable to the hearing
9 & determination of such an action, & may, at any time before final
10 determination, enter such a restraining order or prohibition, or
11 take such other action, as is warranted to prevent a continuing
12 & substantial injury to the U.S. or to any person or class of per-
13 sons for whose protection the action is brought. A ...Criminal Pr"
14 Court take note counsel can mention (from proceedings) nothing
15 due to an inability to impeach any of Pinzon's testimony, but can
16 demonize with vexacious mentions, towards corrupt proceedings.
17 18 U.S. Code sec 1513 - Retaliating against a witness, victim, or
18 an informant - (b) Whoever knowingly engages in any conduct &
19 thereby causes bodily injury to another person, or threatens to do
20 so, with intent to retaliate against any person for (1) attendance
21 of a witness at an official proceeding, or any testimony given
22 .. in an official proceeding & (c) If the retaliation occurred
23 because of attendance at or testimony in a criminal case, maxi-
24 mum term of imprisonment which may be imposed for the offense under
25 this section shall be the higher of that otherwise provided by law
26 ...(d) There is extraterritorial Federal jurisdiction over an
27 offense under this section. (f) (f) Whoever conspires to commit
28 offense under this section ..subject..penalties..object of conspir-

acy. USC 18 sec.1518 - Obstruction of criminal investigations of health care offenses  (a) Whoever willfully prevents, obstructs misleads delays or attempts to prevent, obstruct, mislead or delay the communication of information or records relating to a violation of a Federal health care offense to a criminal investigator shall be fined under this title or imprisoned not more than 5 years or both.

    Counsel & clients Breached laegal obligation to answer as directed by the Clerk & F.R.C.P.

    Counsel defeats not a single portion of Plaintiff's claims.

    Under legal rules Counsel bears responsibility for proving or disproving one or more elements of a claim.

    Counsel has provided in support, not one law rule or statute for supporting of their Rule 12 & 4 Motion.

    Counsel takes on clients tactics of skewed process & performance to the court business. Counsel willfully intended to have advantage when he knew Pinson w'd recieve his answer 7 days late of his latest date. Lied to the Court claiming the 9th of August is proper.

    Counsel purports to Disclosures being unworthy of comprehension can't find a legal claim or defense. Can refute nothing, while complete access to many dozens of authored pleadings from Plaintiff.

    Counsel lacks intent to negotiating in good faith. Has been impeached for misrepresentations to the Court w/ lack of truthfullness. Making inferrences to "it appears" "the ruling" when all evidence states otherwise. Attached exhibits support.RE: immunity

    While Counsel; w/ his access ability, feigns comprehension void I now provide to the record & admit should have provided.

## RESPONSE TO COUNSEL'S IV FAILURE of MINIMUM PLEADING STANDARD

42 U.S.C. section 1988 - Proceedings in vindication of civil rights (a) Applicability of statutory and common law

The jurisdiction in civil & criminal matters conferred on the district courts by the provisions of titles 13, 24, & 70 of the Revised Statutes for the protection of all persons in the U.S. in their civil rights, & for their vindication, shall be excercised & enforced in conformity with the laws of the U.S., so far as such laws are suitable to carry the same into effect; but in all cases where they are not adapted to the object, or are deficient in the provisions necessary to furnish suitable remedies & punish offenses against law, the common law, as modified & changed by the Constitution & statutes of the State wherein the court having jurisdiction of such civil & criminal cause is held so far as the same is not inconsistent with the Constitution & laws of the U.S., shall be extended to and govern the said courts in the trial & disposition of the cause, &, if it is of a criminal nature, in the infliction of punishment on the party found guilty.

### I. PROPER SERVICE

Paragraph (2)(B) is added to FRCP Rule 4(i) on requirements to service on the U.S. 2(B) reaches service when an officer.. of the U.S. is sued in an individual capacity "for acts or omissions occurring in connection w/ performance of duties on behalf of the U.S.".. Many actions are brought vs. individual federal officers of the U.S. for acts or omissions that have no connection whatever to their government roles. There is no reason to require

Case: 24-50537   Document: 13   Page: 10   Date Filed: 10/08/2024
Case 8:24-cv-01246-LKG   Document 1   Filed 04/26/24   Page 1 of 15

CHAMBERS

Pg. 10

Abraham G. Pinzon
32950 Boice Ln.
Fort Bragg, CA. 95437
510-363-0522
pinzonmbe@gmail.com

FILED
LOGGED
ENTERED
RECEIVED

APR 26 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| Abraham G. Pinzon, | Case No: LKG 24CV1246 |
|---|---|
| Plaintiff, | |
| vs. | COMPLAINT, & PETITION REQUEST FOR INJUNCTION(S.S.A.); & DAMAGES (NAMED INDIVIDUALS): PURSUANT TO 42 U.S.C. section 1986 NEGLECT TO PREVENT, OBSTRUCTION & COLOR OF LAW STATUTES•SEEK FINES, JAIL USC 18 sec. 242- Conspiracy to deprive of rights. 42 USC sec. 1983 USC 18 sec. 245- Interfere w/ Federal protected activities (a)(1)&(2) (b)(1)(B)(D) USC 18 sec. 1505 Obstruction of pending proceedings. Retaliation USC 18 sec. 1513, USC 18 sec. 1518b |
| Social Security Administration, Julie Rebeca Rubin- a District of Maryland U.S. Judge, Laurel Beeler & Araceli Martinez Olquin- U.S. Court Judges @ the Northern District of California, Deborah Barnes & Chief Judge Mueller @ the Eastern District U.S. Court of California, | |
| Defendants. | |

## JURISDICTION

1. This court has jurisdiction as home district to the S.S.A. Matter is a Federal question, with Federal statutes and employees of the Federal gov't are defendants.

## VENUES

2. Extraterritorial jurisdiction is provided for as injuries from violations to 18 USC sections 1505, 1513. Other authorities include USC 28, sec.1343(a)(1),(2); USC 28sec.1391(b)

Pg 11

## PARTIES

**Petitioner**

The U.S.D.H.H.S. & its Calif. executive; the white silence from the state, continues with democrat judiciary to obstruct justice & democracy; democracy's a bitch when you are the one that has to answer to it. The depth of easily evident fraud on the Court has taint till next year xmas.

Criminal conspirators to cover-up, face panalty of the original fraud - conspiracy to commit wire fraud vs. the United States.

Clear suppression to submitted evidence & declarations; show conflict of authority; allegiances to other nations is subversion.

Refusal to provide the entitlement to protections is act to purvey hate & disregard.

Insurrectors vs. the authority of the U.S.: stains the offices of the Court.

Case Nos. connected to these judges:-02714- JRR- Maryland -0008- DB- Sacramento; -07277- LB- San Francisco -02012 UNA- Washington D.C.- 23- 4393 9th circuit Court Appeals

One will find the criminal judges; try to demonize Pinzon with case numbers; like it is my fault that criminal subversives protect their political deity with misconduct & criminal conduct.

The obvious intent to the lack of integrity to judges filings to the record: that confidence that oversight & scrutiny is non-existant. Perjury is constant & dominates the Rubin & Barnes filing. When you fact check you'll find; & I will provide: the imagination, & manufactured fabrications dominate the filings.

Pathological liars is not a good look for a Federal judges.

## CLAIMS

# 1) Every person who having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, & having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, shall be liable to the party injured, ... for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; & such damages may be recovered in an action on the case ; & any number of persons guilty of such wrongful neglect, ...

42 USC section 1986 Action - Neglect to Prevent

# 1a) If two or more persons in any State ..conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully & truthfully, or to injure such party..in his person.. on account of him having attended... or to influence a verdict ...or if two or more persons conspire for the purpose of impedeing, hindering, obstructing or defeating , in any manner, the due course of justice in any State.. with intent to deny to any citizen the equal protection of the laws, or to injure him .. for lawfully enforcing, or attempting to enforce the right of any person , or class of persons to the equal protection of the laws.

42 USC section 1985 (2) Intimidating party;Obstruction

Case 8:24-cv-01246-bKG Document 1 Filed 04/26/24 Page 8 of 15
Case 8:24-cv-01246-LKG Document 15-2 Filed 08/09/24 Page 12 of 20

Pg. 13

-8-

## CLAIMS

#2) <u>Conspiracy to commit offense or to defraud United States.</u>
   These judiciary defrauded the offenses against the U.S., multiple institutions compromised & defrauded willfully repeatedly, for personal agendas.
   On record evidence to criminal statute violations of USC 18, regarding false statements, obstruction of health care inves., conspire to injure citizen- excercising right to Fed. court., tampering with testimony, engaging in insurrection vs. the authority of the United States;

   <u>Justifies civil action of Deprivation of rights under Title 42 section 1983</u>

"Every person who, under color of any statute...subjects....a citizen of the U.S.... to the deprivation of any rights privileges,.... secured by the Constitution & laws, shall be liable to the party injured in an action of law..."

The statute continues with an exception for judicial officers acts of omission taken in the "capacity" of the job. Misconduct criminal conduct, & subversive allegiances to other nations is not within the spirit of the law or capacity to judiciary. Declatory decrees or declatory relief as not existant with total deprivation of process. That exception is not applicable to fake proceedings; that clause is moot; to these abusers of power.

```
 1  Abraham G. Pinzon
    32950 Boice Ln.
 2  Ft. Bragg, CA. 95437
    510-363-0522
 3
 4            IN THE UNITED STATES DISTRICT COURT
 5              FOR THE DISTRICT OF MARYLAND
 6                     SOUTHERN DIVISION
 7
 8  Abraham G. Pinzon, Social       | CASE NO: 8:24-cv-01246-LKG
 9  Security Administration,        |
10       PLAINTIFFS,                 | F.R.C.P. RULE 42 (a)(1), (2)
11       v.                          | MOTION FOR CONSOLIDATION
12  U.S. Dept. Health & Human       | MODIFY PARTY(SSA)
13  Services, Calif. Dept. of       | RULE 20 (a)(2)(A), (B) PERMISSIVE JOINDER
14  Health Care Services, Men-      | RULE 17 (a)(1)(F),(G)& (a)(2),(3)
15  docino County Health & Human    | ACTION IN THE NAME OF THE U.S.A.
16  Services Agency, Judges-        | EXHIBITS TO THE RECORD
17  Beeler, Barnes, Rubin et,al     | NOTICE: COMPLETED USM- 285 forms &
18       DEFENDANTS.                 | SUMMONS FORMS. FOUR SETS -ATTACHED
                                      SSA, DHHS, CA.DHCS, M.C.H.H.S.A.
19
20           RIGHTS TO RELIEF ARISING OF SAME TRANSACTION(s)
21    Questions of law & fact common to all defendants will arise in
22  this action. Initial occurence from added Parties will simplify,
23  economize, & be less burdensome to the parties: the pauper, the
24  judicial machine & in the interest of obtaining full justice.
25    Criminal fraudsters depriving the United States programs of
26  fidelity; being aided by Federal oversighters thru maladministra-
27  tion to duties; carries reasonable liability for that deliquencies.
28  DATED: 05/28/24         ABRAHAM PINZON      /s/
```

PAGE 1 OF 11  [JDC TEMPLATE – 05/17]

1 | Abraham G. Pinzon
2 | ~~32950 Boice Ln.~~
  | Ft. Bragg, CA.
3 | ~~510-363-0522~~

4 | UNITED STATES DISTRICT COURT of
5 | SOUTHERN DIVISION OF MARYLAND

7 | Abe Pinzon,                         CASE NO. 8 cv 01246 LKG
8 | PLAINTIFF,
9 |                                     ADDITIONAL/FINAL RESPONSE
  | v.                                  PLEADING TO DOCUMENT 15
10 | Social Security Admin
11 | istration, et.al,
12 | DEFENDANTS.

14 | PROTECTING TAXPAYER PROGRAMS

Preventing vulnerable & endangered patients from exploit, accounttability; these are reasonings for nationwide health care fraud enforcement action, recently announced by Mr. Garland;DOJ.

When entities abuse Process(courts) they intend to insulate their deity from the scrutiny of oversight that will result in culpability. Yet Mr. Garland tries to convince himself that political activity does not exist in the judiciary. Mr. Garland fails to realize that the nation state is well protected from their crimes against the U.S.; a judiciary that performs criminally to erase any issue in connection with their seditious deity.

Neglecting to perform duty, since likelihood of oversight or supervision is not likely. Intending to inflict emotional disstress is made easy from race hate prejudice. Failure to train & deprogram from jim crow & monopolistic intents of previous emplo-

1 OF 2
Page Number

yer.

This protection/impunity is what feeds the immense corruption that dominates the health care industry in Calif. Every 2, 3 months you read of another Health & Human Svcs. County Agency- showing fraud on audits & executives being fired when closing in on the problem. Latest in Shasta County;

Client/defendants conspired to protect their political deity in contradiction to the objective of the Dept. of Justice. The effort to deny Pinzon district court proceedings was a success. However as the DOJ fails to protect & provide for me, is statement that the CA. criminal is beyond jurisdiction for action due to the political importance of the nation state. Which may find the DOJ as head defendant one day. Furthering conspiracy to protect. Evidence submitted is conclusive to corruption & I will pursue the State to my last breath.

Additional civil penalties authority @ U.S. Code 42 section 1320-7(a) (2)& (3); Fraudulent Claims & patient abuse

DATE: Sept. 16, 2024         Abraham G. Pinzon

2 of 2

M. PINZON
32950 Borce Ln.
Ft. BRAGG CA
95437

U.S. COURT OF APPEALS
FIFTH CIRCUIT
OFFICE OF THE CLERK
600 S. MAESTRI PLACE
SUITE 115
NEW ORLEANS, LA
70130




Retail

RDC 99

70130

U.S. POSTAGE PAID
FCM LG ENV
FORT BRAGG, CA 95437
OCT 03, 2024
$2.31
R2305E126197-3